# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Andrea Zimmerman,

      Plaintiff,

v.

Standard Insurance Company,

      Defendant.

Civil No. 20-CV-1336 (ECT/HB)

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(f), the undersigned hereby certifies, as counsel for Plaintiff Andrea Zimmerman, that Plaintiff's Memorandum of Law in Support of Her Motion to Amend the Complaint to Add a Count for Bad Faith Under Minn. Stat. § 604.18 complies with the type-volume limitation as there are 2177 words of proportional space type in this Brief, exclusive of the caption and signature block. This Brief was prepared using Microsoft Word 10. I have relied upon the word count of this word processing program and certify that it has been applied specifically to include all text, including headings, footnotes, and quotations. The undersigned also certifies that pursuant to Local Rule 7.1(h) the Brief complies with the type-size limit.

Dated: February 25, 2021

**NOLAN, THOMPSON, LEIGHTON & TATARYN, PLC**

By: s/Robert J. Leighton
    Robert J. Leighton, Jr. (#220735)
    Attorneys for Plaintiff
    1011 1st Street South, Suite 410
    Hopkins, MN 55343
    Phone: 952-405-7171
    Email: rleighton@nmtlaw.com