UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Andrea Zimmerman, | File No. 20-cv-1336 (ECT/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Standard Insurance Company, | |
| Defendant. | |

---

Magistrate Judge Hildy Bowbeer issued a Report and Recommendation on May 25, 2021.  ECF No. 57.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 57] is **ACCEPTED**.

2. Plaintiff's Motion to Amend Complaint [ECF No. 16] is **DENIED**.


Dated:  June 14, 2021            s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court