# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Andrea Zimmerman, | ) | COURT MINUTES – CIVIL |
| | ) | BEFORE: HILDY BOWBEER |
| | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| Plaintiff, | ) Case No: | 20-cv-1336 (ECT/HB) |
| | ) Date: | July 19, 2021 |
| v. | ) Courthouse: | Saint Paul |
| | ) Courtroom: | NONE |
| Standard Insurance Company, | ) Recording: | Zoom (Audio/Video) |
| | ) Time Commenced: | 9:00 AM |
| Defendant. | ) Time Concluded: | 5:30 PM |
| | ) Time in Court: | 8 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

      Plaintiff: Robert J. Leighton, Jr.
      Andrea Zimmerman – Plaintiff
      Mike Schon

      Defendant: Terrance J. Wagener
      Jim Welty – Assistant Counsel, Standard Insurance Company

**PROCEEDINGS:**

☒      Settlement reached. Confidential terms stated on the record.

       Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

☐      No settlement reached.

**Other Remarks:** All remaining deadlines in the Pretrial Scheduling Order shall be suspended while the parties finalize the settlement documents and file a stipulation of dismissal. Any dispute regarding the preparation of the final settlement agreement should be brought to the magistrate judge for final resolution. In addition, counsel for the parties will meet and confer regarding the production of IME reports and underlying test results and data to plaintiff to the extent not already produced.

                                       s/LNP
                                    Courtroom Deputy